# Physicians' Fee Reference®
## PFR 2018  35th Edition
## Yale Wasserman, D.M.D. Medical Publishers, Ltd.

P.O. Box 510949  Milwaukee  Wisconsin 53203

**www.wasserman-medical.com**



# PHOTOCOPYING IS ILLEGAL

Additional copies are available for $169. See last page for order form.

ISBN 978-1-59891-131-2

Printed in the USA

**EXHIBIT C**

## DISCLAIMERS

**Please note the following important disclaimers.**

The Physicians' Fee Reference® (PFR) does not render medical, dental, legal, bookkeeping, or other professional services requiring a license or otherwise. Fee information contained in this product should not be used exclusively to set fees nor be taken as a recommended fee or reimbursement schedule, but rather as a basic guide to assist the reader in understanding the U.S. medical marketplace. The final decision and ultimate responsibility for medical pricing lie with the provider of services. This product should not be used for Medicare or Medicaid pricing.

This product is a basic guide to be used for general reference purposes only. The information in this product is an opinion (which may or may not prove to be accurate) and should not be the sole basis for making decisions about a medical practice or the marketplace in general. The medical marketplace is complex and ever changing such that the opinions expressed herein may not apply in your specific circumstance. Your decision making should consider all relevant factors. This product and its authors do not define UCR and make no recommendations about UCR use.

The inclusion or exclusion of any given procedure or code does not in any way constitute a recommendation or preferred technique or approach to medical or dental treatment. You should not code directly from the PFR nor should it be used as a substitute for the AMA's Physicians Current Procedural Terminology (CPT) or the International Classification of Diseases, 10th Revision, Clinical Modification (ICD-10-CM). The PFR is not affiliated with the AMA or any government agency.

THIS PRODUCT IS PROVIDED "AS IS" WITH "ALL FAULTS" AND WITHOUT REPRESENTATION, WARRANTY, OR GUARANTEE OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMIT, WARRANTIES OF MERCHANTABILITY, TITLE, NON-INFRINGEMENT, AND FITNESS FOR A PARTICULAR PURPOSE. There is no assurance that coding or fee information is complete, accurate, or free of errors or omissions. The data and assumptions inherent in the product may change at any time and may prove to be unsuitable for your particular use. Without limitation, there is no representation or warranty that the product will meet any legal or statutory requirements, including requirements for establishing usual, customary and reasonable fees.

## LIMITED LIABILITY

**Please note the following important limitation of liability.**

Though the fee information and coding have been researched for this product, neither YALE WASSERMAN, D.M.D. MEDICAL PUBLISHERS LTD, ITS OWNERS, DIRECTORS, OFFICERS, EMPLOYEES, OR AGENTS (THE "WASSERMAN PARTIES") ACCEPT ANY RESPONSIBILITY OR LIABILITY FOR: THE ACCURACY, SUITABILITY, OR COMPLETENESS OF THE PRODUCT; ANY ERRORS OR OMISSIONS THEREIN; OR MISUSE OR MISINTERPRETATION OF INFORMATION IN THE PRODUCT.

IN NO EVENT SHALL ANY OF THE WASSERMAN PARTIES BE LIABLE FOR ANY CONSEQUENTIAL, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR EXEMPLARY DAMAGES WHATSOEVER WHETHER ARISING UNDER CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR ANY OTHER THEORY OF LAW OR EQUITY REGARDLESS OF HAVING BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL THE AGGREGATE LIABILITY OF THE WASSERMAN PARTIES UNDER ANY CIRCUMSTANCES EXCEED AN AMOUNT EQUAL TO THE PURCHASE PRICE PAID FOR THE PRODUCT DURING THE TWELVE (12) MONTH PERIOD PRECEDING THE ASSERTION OF CLAIMS. The Wasserman Parties will not provide legal support to defend the product as suitable for any specific use or purpose and are hereby released from any indemnity, defense or hold harmless obligations.

For AMA CPT Codes and Descriptions:
CPT Copyright © 2017 American Medical Association (AMA). All rights reserved.

For the Physicians' Fee Reference® (PFR) Fee Information:
Copyright © 2018 Yale Wasserman, DMD Medical Publishers Ltd. All rights reserved.

# INTRODUCTION

As stated in the Disclaimer, the Physicians' Fee Reference® (PFR) is designed as a management and marketing tool to assist users in analyzing medical fees and is for reference only.

The Physicians' Fee Reference® is a nationwide compendium of fees based on public sources and independent research. Fee information contained in the PFR is derived primarily from CMS' LDS Standard Analytical Files FY 2016, the most recent year available. Additional information was extrapolated using relative values methodologies. All CPT® codes (5 digit numeric codes and descriptions) are taken directly from the American Medical Association (AMA), under a license agreement for use in this publication. CPT and PFR Fee Information is copyrighted material and may not be copied or distributed (in print or electronic form) without a license agreement. We strongly encourage our subscribers to purchase a current version of the official CPT code book for complete coding rules and instructions.

## Physicians' Fee Reference® and Geographic Adjustment Factors

Fee information displayed in the PFR are approximations based on the methodology outlined above. The Fee Amounts are "national" amounts unless geographically adjusted by the User using a geographic adjustment factor that is discussed below.

Many factors influence the pricing of health care services in the United States as a significant amount of these services are localized and are subject to both market and certain non-market conditions that are unique to medical services. Labor markets, and cost-of-living and cost-of-practice or entity operations vary considerably by locality. In general the cost of providing medical care in a major metropolitan area is significantly higher than in a rural settings. However, even within large metropolitan areas, practice (entity) expenses display significant small-area variations.

To help adjust the "national" PFR fee information, the Physicians Fee Reference provides the User with a table of Geographic Multipliers based on "clusters" of five digit postal Zip Codes. These three digits "Zip Clusters" provide you with the capability to "drill down" to localities defined at the "ZIP-3" level (See Appendix A). Be advised that the multipliers used to adjust national fees to these local levels are based on algorithms that represent an approximation of how localities effect the PFR's national fee information. The PFR's adjustments may require additional manual refinement made by you based on conditions exclusive to your market area. That is factors such as physician supply, the effect of managed care market penetration, or the amount of hospital competitiveness in your area.

## Using the Physicians' Fee Reference Percentiles

The PFR displays its fee information using percentiles that are displayed in columns at the 50th, 75th, and 90th percentiles. All amounts are expressed in (US) Dollars.

The 50th percentile is defined as the dollar amount for which 50% percent of all of the fee amounts in the universe of all fees for that procedure are lower than (or equal to) while the other 50% are greater. For example, if a physician charge of $150.00 for a procedure represented the 50th percentile in a locality that means that one-half of the fee amounts in the population of all fees for that procedure are equal to or less than that $150.00 amount and the other one-half were found to be above that $150.00 amount. If the $150.00 fee represented the 75th percentile then three-quarters of those fees for that procedure in the collection of fees would have been less than (or equal to) that amount while and twenty-five percent of them would have been greater than the $150.00 charge. If the $150.00 fee amount represented the 90% percentile then only ten percent of the fees in the fee universe would be above the $150.00 amount.

Many private third party payers use percentiles to set their maximum allowable charges for various products. This is particularly the case when establishing reimbursement amounts for non-participating providers in plans or products that have member out-of-network benefits.

Generally speaking the "commercial" medical marketplace continues to operate without uniform rules for reimbursement and payment. Each third party payer has their own policies and reimbursement limits. These limits are often referred to "UCR" (Usual, Customary and Reasonable) fees. Until recently fee information and fee setting methodologies for in-network participating providers was considered proprietary information and not publicly available. They remain so. However, due to regulatory actions by some states, fee information for out-of-network services and the methodologies used to compute them are becoming more transparent to the general public.

# Wasserman Medical & Dental (https://wasserman-medical.com/)

(800) 669-3337 (tel:180066933337)

Providing Coding Compliance Reimbursement Books and Software Solutions since 1983



0 items
$0.00
(https://wasserman-medical.com/cart/)

Dental ▾ | Medical ▾ | CPT® | ICD | HCPCS | RBRVS ▾ | More ▾

Resources ▾ | My Account ▾

## Terms & Conditions

Welcome to Wasserman Medical Publishers, Ltd. website. The terms and conditions stated below, identify what users of the Wasserman Medical Publishers, Ltd. Site (each a "User") can expect from Wasserman Medical Publishers, Ltd., Wasserman Medical Publishers, Ltd. Providers (as defined below) and the Wasserman Medical Publishers, Ltd. Site and what we expect from Users. By visiting any area on the Wasserman Medical Publishers, Ltd. Site or making a purchase via the Wasserman Medical Publishers, Ltd. Site, a User is deemed to have accepted the Copyright and Conditions of use.

ONLINE CONDUCT

User agrees to use the Wasserman Medical Publishers, Ltd. Site only for lawful purposes. User is prohibited from posting on or transmitting through the Wasserman Medical Publishers, Ltd. Site any unlawful, harmful, threatening, abusive, harassing, defamatory, vulgar, obscene, sexually explicit, profane, hateful, racially, ethnically, or otherwise objectionable material of any kind, including but not limited to any material that encourages conduct that would constitute a criminal offense, give rise to civil liability, or otherwise violate any applicable local, state, national, or international law.

If Wasserman Medical Publishers, Ltd. is notified of any book, information, data, software, photographs, graphs, videos, typefaces, graphics, music, sounds, and other material on the Wasserman Medical Publishers, Ltd. Site (collectively "Content") provided by User (e.g., through an author chat or online review) that is allegedly infringing, defamatory, damaging, illegal, or offensive, Wasserman Medical Publishers, Ltd. may investigate the allegation and determine in its sole discretion whether to remove or request the removal of such Content from the Wasserman Medical Publishers, Ltd. Site. Wasserman Medical Publishers, Ltd. may disclose any Content or electronic communication of any kind (i) to satisfy any law, regulation, or government request; (ii) if such disclosure is necessary or appropriate to operate the Wasserman Medical Publishers, Ltd. Site; or (iii) to protect

the rights or property of Wasserman Medical Publishers, Ltd. and its officers, directors, employees, agents, third-party content providers, merchants, sponsors, and licensors (collectively, "Wasserman Medical Publishers, Ltd. Providers") and any other User.

Wasserman Medical Publishers, Ltd. reserves the right to prohibit or restrict conduct, communication, or Content that Wasserman Medical Publishers, Ltd. deems in its sole discretion to be harmful to Users, Wasserman Medical Publishers, Ltd., Wasserman Medical Publishers, Ltd. affiliates, the Wasserman Medical Publishers, Ltd. Site, the communities that make up the Wasserman Medical Publishers, Ltd. Site, or any third party, or to violate any applicable law. Notwithstanding the foregoing, no Wasserman Medical Publishers, Ltd. Provider can ensure prompt removal of questionable Content after online posting. Accordingly, no Wasserman Medical Publishers, Ltd. Provider shall assume liability for any action or inaction with respect to conduct, communication, or Content of any third party on the Wasserman Medical Publishers, Ltd. Site.

LICENSES AND RESTRICTIONS

Wasserman Medical Publishers, Ltd. grants the User a limited, nonexclusive, revocable license to access and make personal, non-commercial use (unless User has a business relationship with Wasserman Medical Publishers, Ltd.) of the Wasserman Medical Publishers, Ltd. Site. Wasserman Medical Publishers, Ltd. further grants the User a limited, nonexclusive and revocable right to create a hyperlink to the home page of Wasserman Medical Publishers, Ltd. so long as the link does not portray Wasserman Medical Publishers, Ltd., its affiliates, or their respective products or services in a false, misleading, derogatory, or otherwise offensive matter.

The foregoing licenses do not include any rights to:

modify, download (other than page caching), reproduce, copy, or resell the Wasserman Medical Publishers, Ltd. Site, the Content or any portion or derivative thereof;
commercially use the Wasserman Medical Publishers, Ltd. Site, the Content or any portion derivative thereof (unless User has a business relationship with Wasserman Medical Publishers, Ltd.);
copy or download any User's account information for the benefit of any third party;
enable high volume, automated, electronic processes that apply to the Wasserman Medical Publishers, Ltd. Site or its systems;
use any robot, spider, data miner, scraper or other automated means to access the Wasserman Medical Publishers, Ltd. Site or its systems for any purpose;
interfere or attempt to interfere with the proper working of the Wasserman Medical Publishers, Ltd. Site;
bypass any Wasserman Medical Publishers, Ltd. measures used to prevent or restrict access to any portion of the Wasserman Medical Publishers, Ltd. Site;
frame or utilize framing techniques to enclose any trademark, logo, or other proprietary information (including images, text, page layout, or form) of Wasserman Medical Publishers, Ltd.;
use Wasserman Medical Publishers, Ltd. name, trademarks, services marks or logos in any meta tags or any other "hidden text" utilizing s; or
compile, repackage, disseminate or otherwise use data extracted from the Wasserman Medical Publishers, Ltd. Site.

The foregoing are expressly prohibited; the right to do any of the foregoing shall require Wasserman Medical Publishers, Ltd.'s express written consent (which may include a written agreement signed by an authorized

representative of Wasserman Medical Publishers, Ltd.). Any unauthorized use of the Wasserman Medical Publishers, Ltd. Site, the Content or any portion or derivative thereof shall terminate any license or permission granted by Wasserman Medical Publishers, Ltd..

CONTENT

Proprietary Rights

User acknowledges that the Wasserman Medical Publishers, Ltd. Site contains Content that are protected by copyrights, trademarks, trade secrets, or other proprietary rights, and that these rights are valid and protected in all forms, media and technologies existing now or hereinafter developed. All Content is copyrighted as a collective work under the U.S. copyright laws, and Wasserman Medical Publishers, Ltd. owns a copyright in the selection, coordination, arrangement, and enhancement of such Content. User may not modify, remove, delete, augment, add to, publish, transmit, participate in the transfer or sale of, create derivative works from, or in any way exploit any of the Content, in whole or in part. If no specific restrictions are displayed, Users may make copies of select portions of the Content, provided that the copies are made only for User's personal use and that User maintains any notices contained in the Content, such as all copyright notices, trademark legends, or other proprietary rights notices. Except as provided in the preceding sentence or as permitted by the fair use privilege under the U.S. copyright laws (see, e.g., 17 U.S.C. Section 107), User may not upload, post, reproduce, or distribute in any way Content protected by copyright, or other proprietary right, without obtaining permission of the owner of the copyright or other propriety right. In addition to the foregoing, use of any software Content shall be governed by the software license agreement accompanying such software.

Submission of Third-Party Content

Except as set forth in the paragraph headed "Proprietary Rights" above, User may upload to or otherwise submit to Wasserman Medical Publishers, Ltd. for distribution on the Wasserman Medical Publishers, Ltd. Site only (i) Content that is not subject to any copyright or other proprietary rights restrictions; (ii) Content in which the owner or licensor has given express authorization for Wasserman Medical Publishers, Ltd. to distribute over the Internet; or (iii) Content that does not contain any viruses, scripts, Trojan horses, worms, time bombs, cancelbots, easter eggs or other computer programming routines that may damage, detrimentally interfere with, surreptitiously intercept or expropriate any system, data or personal information ("Harmful Content"). Any copyrighted or other proprietary Content distributed with the consent of a copyright owner should contain a phrase such as "Copyright, owned by [name of owner]; used by permission." Wasserman Medical Publishers, Ltd. is entitled to presume that all submitted Content conforms with the foregoing requirements. The unauthorized submission of copyrighted or other proprietary Content is illegal and could subject the User to personal liability for damages in a civil suit as well as criminal prosecution. User will be liable for any damage resulting from any infringement of copyrights or proprietary rights, or from any other harm arising from an unauthorized submission or submission of Harmful Content. No Wasserman Medical Publishers, Ltd. Provider will assume any liability for any damage resulting from any infringement of copyrights or proprietary rights, or from any other harm arising from any User submission including without limitation submission of Harmful Content. In accordance with the Digital Millennium Copyright Act, any User or other person can report an infringement to Wasserman Medical Publishers, Ltd. at corrections@ndas.com By submitting Content to any User-submit areas, including, without limitation, any User book reviews or participation in any author chats, User automatically grants, or represents and warrants that the owner or authorized licensor of such Content has expressly granted Wasserman Medical Publishers, Ltd., the royalty-free, perpetual, irrevocable, right and license to use, reproduce, publish, translate, sublicense, copy, and distribute the Content in whole or in part worldwide and/or to incorporate such Content in

other works in any form, media, or technology now known or hereafter developed for the full term of any copyright that may exist in such Content. Subject to this grant, the licensor of Content submitted to Wasserman Medical Publishers, Ltd. retains any and all rights which may exist in such Content.

Third-Party Content

Wasserman Medical Publishers, Ltd. is a distributor and not a publisher of Content supplied by third parties and Users. Wasserman Medical Publishers, Ltd. has no more editorial control over such Content than does a public library or newsstand in the United States. Any opinions, advice, statements, services, offers, or other information that constitutes part of Content expressed or made available by third parties, including any other User, are those of the respective authors or distributors and not of Wasserman Medical Publishers, Ltd. or any Wasserman Medical Publishers, Ltd. Provider, unless expressly stated otherwise. Neither Wasserman Medical Publishers, Ltd. nor any Wasserman Medical Publishers, Ltd. Provider makes any representation, warranty or guarantee on the accuracy, completeness, or usefulness of any third party Content unless otherwise expressly stated. In many instances, the Content available through the Wasserman Medical Publishers, Ltd. Site represents the opinions and judgments of the third party that provides such Content. Under no circumstance shall either Wasserman Medical Publishers, Ltd. or any Wasserman Medical Publishers, Ltd. Provider be liable for any loss, damage or harm caused by a User's reliance on information obtained through the Wasserman Medical Publishers, Ltd. Site. It is the responsibility of User to evaluate the accuracy, completeness or usefulness of the information, opinion, advice, or Content available through the Wasserman Medical Publishers, Ltd. Site.

EXPORT

The U.S. export control laws regulate the export and reexport of technology originating in the United States. This includes the electronic transmission of information and software to foreign countries and to certain foreign nationals. User agrees to abide by these laws and their regulations — including but not limited to the Export Administration Act and the Arms Export Control Act — and not to transfer, by electronic transmission or otherwise, any Content derived from the Wasserman Medical Publishers, Ltd. Site to either a foreign national or a foreign destination in violation of such laws and regulations.

PRICES

The price for an item on the Wasserman Medical Publishers, Ltd. Site may differ from the price shown in a User's shopping cart — it is possible that such price may increase or decrease between the time the item is placed in a shopping cart and the time that the purchase is actually made. On rare occasions, an item may be priced incorrectly on the Wasserman Medical Publishers, Ltd. Site. If the price for the item on the Wasserman Medical Publishers, Ltd. Site is incorrect and is actually higher than the price provided at the time of purchase, then, at the sole discretion of Wasserman Medical Publishers, Ltd., Wasserman Medical Publishers, Ltd. may either (i) contact the User for instructions before shipping the item or charging the User for such item; (ii) cancel the order for such item and notify the User of such cancellation; or (iii) ship the item at the incorrect price to the benefit of the User.

Please note that this policy regarding prices applies only to items sold and shipped by Wasserman Medical Publishers, Ltd..

RISK OF LOSS

The risk of loss and title for all items purchased via the Wasserman Medical Publishers, Ltd. Site pass to the User upon delivery of the item to the carrier.

PRODUCT DESCRIPTION

The items offeblack for sale on the Wasserman Medical Publishers, Ltd. contain descriptions that are provided directly by the publisher, manufacturer or distributor of such item. Wasserman Medical Publishers, Ltd. does not represent or warrant that the description of such items are accurate or complete. IF A USER PURCHASES AN ITEM FROM WASSERMAN MEDICAL PUBLISHERS, LTD. THAT IS NOT IS NOT AS DESCRIBED ON THE WASSERMAN MEDICAL PUBLISHERS, LTD. SITE, THE USER'S SOLE AND EXCLUSIVE REMEDY IS TO RETURN SUCH ITEM IN AN UNUSED CONDITION FOR A REFUND OF THE PURCHASE PRICE.

TERMINATION OF USAGE

Wasserman Medical Publishers, Ltd. may issue a warning, temporarily suspend, indefinitely suspend or terminate any User's right to use or access all or any part of the Wasserman Medical Publishers, Ltd. Site including any account thereon, without notice, for any reason in Wasserman Medical Publishers, Ltd.'s sole discretion, including without limitation Wasserman Medical Publishers, Ltd.'s belief that such access would violate any applicable law or would be harmful to the interests of, or potentially cause financial loss or legal liability to, Wasserman Medical Publishers, Ltd., any Wasserman Medical Publishers, Ltd. Provider or another User.

In cases which Wasserman Medical Publishers, Ltd. deems in its sole discretion to be egregious, Wasserman Medical Publishers, Ltd. may provide written notice (a "Restriction Notice") to a User (a "Restricted User") to inform such Restricted User that (i) his or her right to use or access any part of the Wasserman Medical Publishers, Ltd. Site has been terminated including the right use, access or create any account thereon; (ii) that Wasserman Medical Publishers, Ltd. refuses to provide any services to such Restricted User; and (iii) any subsequent dealings with Wasserman Medical Publishers, Ltd. will be subject to the following conditions:

Orders placed by a Restricted User ("Restricted Order") after the effective date specified in the Restriction Notice (the "Restriction Effective Date") shall be subject to cancellation.
Wasserman Medical Publishers, Ltd. will assess the Restricted User an administrative fee (the "Administrative Fee") set forth in the Restriction Notice for each Restricted Order submitted by the Restricted User after the Restriction Effective Date, regardless of whether the Restricted Order was fulfilled or cancelled. The Administrative Fee will equal an amount not less than $10.00 and will reflect the costs of handling any Restricted Order and of handling any personal or telephonic contact made by the Restricted User after the Restriction Effective Date.
Wasserman Medical Publishers, Ltd. shall be entitled to (1) charge the Administrative Fee against the payment method either used by the Restricted User to place the Restricted Order or stoblack by the Restricted User in the unauthorized account (e.g., cblackit card) or (2) seek a judgment against the Restricted User for payment thereof. Other conditions may apply and shall be set forth in the Restriction Notice.

User agrees that Wasserman Medical Publishers, Ltd. shall be entitled to assess such Administrative Fee, to charge such payment method and to seek such judgment.

INDEMNITY

User agrees to indemnify and hold each Wasserman Medical Publishers, Ltd. Provider harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of such User's breach of the Terms of Use or User's violation of any law or the rights of a third party.

PASSWORD AND ACCOUNT SECURITY

Every User that has an account on the Wasserman Medical Publishers, Ltd. Site is responsible for (i) keeping his or her account password confidential and secublack, (ii) restricting access to such User's computer; and (iii) keeping

the e-mail address associated with that account current (User acknowledges that it is important to keep the e-mail address associated with his or her account current because although the User may be able to log into his or her Wasserman Medical Publishers, Ltd. account using an old e-mail address, such User will not receive messages from Wasserman Medical Publishers, Ltd. about his or her orders and inquiries or other matters).

User accepts full responsibility for all activities that occur within such User's Wasserman Medical Publishers, Ltd. account.

NOTICES

User consents to receive electronic communications from Wasserman Medical Publishers, Ltd., whether addressed to the e-mail address associated with such User's Wasserman Medical Publishers, Ltd. account or posted on the Wasserman Medical Publishers, Ltd. Site. User acknowledges and agrees that any communication via e-mail or by postings on this Wasserman Medical Publishers, Ltd. Site satisfies any legal requirement that such communications be made in writing.

DISCLAIMERS AND LIMITATION OF LIABILITY

THE WASSERMAN MEDICAL PUBLISHERS, LTD. SITE IS PROVIDED BY WASSERMAN MEDICAL PUBLISHERS, LTD. ON AN "AS IS" AND "AS AVAILABLE" BASIS. TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, EACH WASSERMAN MEDICAL PUBLISHERS, LTD. PROVIDER DISCLAIMS ALL IMPLIED WARRANTIES, INCLUDING BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

WITHOUT LIMITING THE FOREGOING, NO WASSERMAN MEDICAL PUBLISHERS, LTD. PROVIDER MAKES ANY REPRESENTATION OR WARRANTY OF ANY KIND, EXPRESS OR IMPLIED: (I) AS TO THE OPERATION OF THE WASSERMAN MEDICAL PUBLISHERS, LTD. SITE, OR THE INFORMATION, CONTENT, MATERIALS OR PRODUCTS INCLUDED THEREON; (II) THAT THE WASSERMAN MEDICAL PUBLISHERS, LTD. SITE WILL BE UNINTERRUPTED OR ERROR-FREE; (III) AS TO THE ACCURACY, RELIABILITY, OR CURRENCY OF ANY INFORMATION, CONTENT, SERVICE, OR MERCHANDISE PROVIDED THROUGH THE WASSERMAN MEDICAL PUBLISHERS, LTD. SITE; OR (IV) THAT THE WASSERMAN MEDICAL PUBLISHERS, LTD. SITE, ITS SERVERS, OR E-MAILS SENT FROM OR ON BEHALF OF WASSERMAN MEDICAL PUBLISHERS, LTD. ARE FREE OF VIRUSES, SCRIPTS, TROJAN HORSES, WORMS OR OTHER HARMFUL COMPONENTS.

WASSERMAN MEDICAL PUBLISHERS, LTD. DOES NOT GUARANTEE THE CONTINUOUS, UNINTERRUPTED OR SECURE ACCESS TO THE WASSERMAN MEDICAL PUBLISHERS, LTD. SITE OR ANY RELATED SERVICES. THE OPERATION OF THE WASSERMAN MEDICAL PUBLISHERS, LTD. SITE MAY BE INTERFEblack WITH BY NUMEROUS FACTORS OUTSIDE THE CONTROL OF WASSERMAN MEDICAL PUBLISHERS, LTD..

UNDER NO CIRCUMSTANCES SHALL ANY WASSERMAN MEDICAL PUBLISHERS, LTD. PROVIDER BE LIABLE FOR ANY DAMAGES THAT RESULT FROM THE USE OF OR INABILITY TO USE THE WASSERMAN MEDICAL PUBLISHERS, LTD. SITE, INCLUDING BUT NOT LIMITED TO RELIANCE BY A USER ON ANY INFORMATION OBTAINED FROM THE WASSERMAN MEDICAL PUBLISHERS, LTD. SITE OR THAT RESULT FROM MISTAKES, OMISSIONS, INTERRUPTIONS, DELETION OF FILES OR EMAIL, ERRORS, DEFECTS, VIRUSES, DELAYS IN OPERATION OR TRANSMISSION, OR ANY FAILURE OF PERFORMANCE, WHETHER OR NOT RESULTING FROM ACTS OF GOD, COMMUNICATIONS FAILURE, THEFT, DESTRUCTION, OR UNAUTHORIZED ACCESS TO WASSERMAN MEDICAL PUBLISHERS, LTD.'S RECORDS, PROGRAMS, OR SERVICES. USER HEREBY ACKNOWLEDGES THAT THIS PARAGRAPH SHALL APPLY TO ALL CONTENT, MERCHANDISE, AND SERVICES AVAILABLE THROUGH THE WASSERMAN MEDICAL PUBLISHERS, LTD. SITE.

NO WASSERMAN MEDICAL PUBLISHERS, LTD. PROVIDER WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES ARISING FROM THE USE OF THE WASSERMAN MEDICAL PUBLISHERS, LTD. SITE OR THE PURCHASE OF ANY PRODUCT THEREFROM, EVEN IF SUCH WASSERMAN MEDICAL PUBLISHERS, LTD. PROVIDER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO A USER, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO SUCH USER, AND SUCH USER MAY HAVE ADDITIONAL RIGHTS.

SEVERABILITY

The provisions of these Terms of Use are intended to be severable. If for any reason any provision of these Terms of Use shall be held invalid or unenforceable in whole or in part in any applicable jurisdiction, such provision shall, as to such jurisdiction, be ineffective to the extent of such invalidity or unenforceability without in any manner affecting the validity or enforceability thereof in any other jurisdiction or the remaining provisions hereof in any jurisdiction.

APPLICABLE LAW; JURISDICTION
The Wasserman Medical Publishers, Ltd. Site is created and controlled by Wasserman Medical Publishers, Ltd. in the State of Wisconsin. The laws of the State of Wisconsin will govern the Terms of Use, without giving effect to any principles of conflicts of laws.

Each of Wasserman Medical Publishers, Ltd. and User agrees to submit to the nonexclusive personal jurisdiction of the courts located within the state of Wisconsin and waives any objection to the laying of venue of any litigation in said courts.

DISPUTE RESOLUTION
For any claim or controversy at law or equity that arises out of the Terms of Use, the Wasserman Medical Publishers, Ltd. Site or any Wasserman Medical Publishers, Ltd. service (each a "Claim") where the total amount of the award sought is less than $10,000 (excluding Claims for injunctive or other equitable relief), User or Wasserman Medical Publishers, Ltd. may elect to resolve the dispute through binding arbitration conducted by telephone, on-line or based solely upon written submissions where no in-person appearance is requiblack. In such cases, the arbitration shall be administeblack by the American Arbitration Association under its Commercial Arbitration Rules (including without limitation the Supplementary Procedures for Consumer-Related Disputes, if applicable), and judgment on the award rendeblack by the arbitrator(s) may be enteblack in any court having jurisdiction thereof.

Alternatively, any Claim (including Claims for injunctive or other equitable relief) may be adjudicated by a court of competent jurisdiction located in the state of Wisconsin or in the United States where the defendant is located.

Any Claim shall be arbitrated or litigated, as the case may be, on an individual basis and shall not be consolidated with any Claim of any other party whether through class action proceedings, class arbitration proceedings or otherwise.

ACKNOWLEDGMENT

The Terms of Use, including all documents referenced herein, represents the entire understanding between User and Wasserman Medical Publishers, Ltd. regarding User's relationship with Wasserman Medical Publishers, Ltd. and supersedes any prior statements or representations. Headings used in the Terms of Use are for reference only and shall not affect the meaning of any terms. By visiting any area on the Wasserman Medical Publishers, Ltd. Site or making a purchase via the Wasserman Medical Publishers, Ltd. Site, a User is deemed to have accepted the Terms of Use.

MODIFICATION
Wasserman Medical Publishers, Ltd. reserves the right to make changes to the Wasserman Medical Publishers, Ltd. Site, posted policies and Terms of Use at any time without notice.

## Search Site..

Search …

## Shop by Category

Clearance (https://wasserman-medical.com/product-category/clearance/) (22)

CPT® (https://wasserman-medical.com/product-category/cpt/) (17)

Dental (https://wasserman-medical.com/product-category/dental/) (63)

HCPCS (https://wasserman-medical.com/product-category/hcpcs/) (5)

ICD (https://wasserman-medical.com/product-category/icd/) (20)

Medical (https://wasserman-medical.com/product-category/medical/) (181)

Publisher (https://wasserman-medical.com/product-category/publisher/) (1)

RBRVS (https://wasserman-medical.com/product-category/rbrvs/) (23)

Software (https://wasserman-medical.com/product-category/software/) (52)

## Downloadable Catalogs and Blank Order Form

Blank Order Page (https://wasserman-medical.com/dl/WassermanOrderPage.pdf)

NDAS Dental Catalog (https://wasserman-medical.com/dl/NDASCatalog.pdf)

PFR Medical Catalog (https://wasserman-medical.com/dl/PFRCatalog.pdf)