


# 2018
# National Fee Analyzer

Charge data for evaluating fees nationally

**POWER UP YOUR CODING** with Optum360, your trusted coding partner for 32 years. **Visit optum360coding.com.**

**EXHIBIT D**

## Publisher's Notice

This product contains confidential information that is proprietary to Optum360 and FAIR Health, Inc. (hereinafter, the "Owners") and is made available to you on the condition that you do not copy or disclose its contents. Information in this product is subject to change without notice and is provided for general informational purposes only. The information contained in this product represents the current view of Optum360 on the information supplied as of the date of publication. Because Optum360 must respond to changing market conditions, the information should not be interpreted to be a commitment on the part of Optum360 and Owners cannot guarantee the accuracy of any information presented. Determining the suitability of this product for particular uses, and the entire risk of the use or results of the use of this product, remains with the user, and Owners make no warranties, either express or implied, including warranties that this information is error free or accepted or approved by others.

Owners shall not be liable for any damages arising out of or in connection with the use of this product, including liability for lost profit, business interruption, or any other damages whatsoever. Some states do not allow the exclusion or limitation of liability or consequential or incidental damages; the above limitation may not apply to you.

## American Medical Association Notice

CPT © 2017 American Medical Association. All rights reserved.

Fee schedules, relative value units, conversion factors and/or related components are not assigned by the AMA, are not part of CPT, and the AMA is not recommending their use. The AMA does not directly or indirectly practice medicine or dispense medical services. The AMA assumes no liability for data contained or not contained herein.

CPT is a registered trademark of the American Medical Association.

## Our Commitment to Accuracy

Optum360 is committed to producing accurate and reliable materials. To report corrections, please visit www.optum360coding.com/accuracy or email accuracy@optum.com. You can also reach customer service by calling 1.800.464.3649, option 1.

## Copyright

Copyright 2017 Optum360, LLC. All rights reserved.

Data only © 2017 FAIR Health, Inc.

Made in the USA

ISBN 978-1-62254-289-5

## Acknowledgments

Melissa Fonnesbeck, MPC, *Product Manager*
Karen Schmidt, BSN, *Technical Director*
Stacy Perry, *Manager, Desktop Publishing*
Lisa Singley, *Project Manager*
Nichole VanHorn, CPC, CCS-P, *Clinical/Technical Editor*
Nann Orme, CPC, CCS-P, CPMA, CEMC, *Clinical/Technical Editor*
Tracy Betzler, *Senior Desktop Publishing Specialist*
Hope M. Dunn, *Senior Desktop Publishing Specialist*
Katie Russell, *Desktop Publishing Specialist*
Jean Parkinson, *Editor*

## Technical Editors

**Nichole VanHorn, CPC, CCS-P**

Ms. VanHorn has more than 20 years of experience in the health care profession. Her areas of expertise include CPT and ICD-10-CM coding in multiple specialties, auditing, and education. Most recently she served as Clinical Auditor for a multi-specialty group. Ms. VanHorn was responsible for the oversight of the physician coding and education section of the Corporate Compliance Program. She has been an active member of her local American Academy of Professional Coders (AAPC) chapter for several years and has also served as an officer.

**Nannette Orme, CPC, CCS-P, CPMA, CEMC**

Ms. Orme has more than 20 years of experience in the health care profession. She has extensive background in CPT/HCPCS and ICD-9-CM coding and has completed comprehensive ICD-10-CM and PCS training. Her prior experience includes physician clinics and health care consulting. Her areas of expertise include physician audits and education, compliance and HIPAA legislation, litigation support for Medicare self-disclosure cases, hospital chargemaster maintenance, workers' compensation, and emergency department coding. Ms. Orme has presented at national professional conferences, contributed articles for several professional publications, and served on the advisory board of a local college. She is a member of the American Academy of Professional Coders (AAPC), American Health Information Management Association (AHIMA).

## Note for November 2017 FH Medical Benchmark Module Release

FAIR Health issued a revised November 2017 release of FH Medical Benchmark Module in late December 2017. The 2018 *National Fee Analyzer* contains data from the revised release.



**Optum360Coding.com**

Contact Us  (7 a.m.–7 p.m. CST)

Shopping cart: 0 Item

Keyword, ISBN or Product #    🔍Search

| Products | Markets | Training & Education | Support | Coding Central |

🖨 Print page    ✉ Email page

# Terms of Use

**IMPORTANT NOTE REGARDING WEBSITE CONTENT**

The information and content (collectively, "Content") on this website is for your general educational information only. The Content cannot replace the relationship that you have with your health care professionals. The Content on this website should not be considered medical advice.**If you are experiencing a medical emergency, you should not rely on any information on this site and should seek appropriate emergency medical assistance, such as calling "911".** You should always talk to your health care professionals for diagnosis and treatment, including information regarding which drugs or treatment may be appropriate for you. None of the information on this website represents or warrants that any particular drug or treatment is safe, appropriate or effective for you. Health information changes quickly. Therefore, it is always best to confirm information with your health care professionals.

This website is intended for a United States audience. If you live outside the U.S., you may see information on this website about products or therapies that are not available or authorized in your country.

The Content may include information regarding therapeutic and generic alternatives for certain prescription drugs, and may describe uses for products or therapies that have not been approved by the Food and Drug Administration. This Content is for informational, cost-comparison purposes only. It is not medical advice and does not replace consultation with a doctor, pharmacist or other health care professional. Talk to your health care provider to determine if an alternative prescription drug is right for you.

**Agreement and Terms**

These website Terms of Use ("Terms") describe the rules for using this website. These Terms constitute a legally binding agreement between you, the person using this website, and Optum360. If you are helping another person use this website, these Terms constitute a legally binding agreement between both the helper and the person being helped and Optum360. Terms such as "we" or "our" and "Company" refer to Optum360 and its affiliate entities.

By using this website, you agree to the most-recent Terms as well as the most-recent version of our Privacy Policy. We may change these Terms at any time, and such changes will be posted on this or a similar page of this website. It is your responsibility to review these Terms each time you use this website. By continuing to use this website, you consent to any changes to our Terms.

If you enter into any other agreement with the Company, for example regarding health plan coverage, then these Terms are in addition to the terms of such other agreement. Neither entering into this agreement, nor visiting this website, nor any of these Terms, guarantees that you are eligible to receive coverage from us for any plan offered through this website or otherwise.

**License to use this website and content ownership**

Subject to these Terms, the Company grants you a personal, nontransferable, nonexclusive, revocable, limited license to view the Content on the website for the sole purpose of collecting information regarding our plan and related activities such as, if permitted on this website, applying to enroll in a plan. You may also print a reasonable number of copies of the Content for your personal use, but in such case you must reproduce all proprietary copyright and trademark notices. All rights, title and interest in and to the website, including the Content, and all intellectual property rights, including all copyright, trademark, patent and trade secret rights therein shall remain with the Company and our licensors and vendors, and no ownership interest is transferred to you or any other entity by virtue of making the Content available on the website, granting the foregoing licenses or entering into this Agreement.

In the event you choose to provide us with any feedback, suggestions, or similar communications, all such messages (collectively, "Feedback Messages") will be considered non-personal, non-confidential (except for personal information as described in our Privacy Policy) and nonproprietary. You hereby grant the Company a perpetual, sublicensable, assignable, unrestricted, worldwide, royalty-free, irrevocable license to use, reproduce, display, perform, practice, modify, create derivative or collective

**Sign in to Your Account**

▸ USERNAME

Forgot your username?

▸ PASSWORD

Forgot your password?

Sign In

Don't have an account?
It's easy to **create one**.

**Promo code**

Have a promotional source code? Enter it here:

[        ] Go

What is this?

**Shop our catalog**

Request or check out the electronic version of our latest catalog.



View catalog

works, transmit and distribute your Feedback Messages, in whole or in part, and including all intellectual property rights therein.

Some websites operated by the Company include trademarks or logos belonging to other third-party licensors and are used pursuant to an agreement with such third parties.

We may terminate this license at any time for any reason. If you breach any of these Terms, your license to the Content terminates immediately. Upon the termination of this license you must stop using this website, including all Content, and return or destroy all copies, including electronic copies, of the Content in your possession or control.

**Restrictions on use of this website**

You agree:

- not to use this website or Content in any way not explicitly permitted by these Terms or the text of the website itself;
- not to copy, modify or create derivative works involving the Content, except you may print a reasonable number of copies for your personal use;
- not to misrepresent your identity or provide us with any false information in any information-collection portion of this website, such as a registration or enrollment application page;
- not to take any action intended to interfere with the operation of this website;
- not to access or attempt to access any portion of this website to which you have not been explicitly granted access;
- not to share any password assigned to you with any third parties or use any password granted to a third party;
- not to directly or indirectly authorize anyone else to take actions prohibited in this section;
- to comply with all applicable laws and regulations while using this website or the Content. You represent and warrant that you are at least 13 years of age, and that if you are between 13 and 18 years of age a parent and/or guardian agrees to these Terms of Use on your behalf.

**Posting messages, comments or content**

Certain portions of this website may be configured to permit users to post messages, comments, or other content. Any such content is only the opinion of the poster, is no substitute for your own research, and should not be relied upon for any purpose. You agree not to post any content:

- which is profane, libelous, defamatory, obscene, pornographic, indecent, lewd, harassing, threatening, harmful, invasive of privacy or publicity rights, abusive, inflammatory, or otherwise objectionable; or
- where the transmission of which could violate, or facilitate the violation of, any applicable law, regulation, or intellectual property rights.

You are solely responsible for the content of any postings you submit and the Company assumes no responsibility or liability for any content submitted by you or any other website visitor. We may, but are not obligated to, restrict or remove any and all content from a message that we determine in our sole discretion violates these Terms or is otherwise harmful to us, our customers, or any third party. We reserve the right to remove the content you provide at any time, but you understand that we may preserve and access a backup-copy, and we may disclose the content if required to do so by law or in a good faith belief that such access, preservation, or disclosure is required by law or in the best interests of the Company.

Any content you submit is for non-commercial use only. Any content you submit will be routed through the Internet and you understand and acknowledge that you have no expectation of privacy with regard to any content you submit. Never assume that you are anonymous and cannot be identified by your posts.

If you do post content or submit material, and unless we indicate otherwise, you grant the Company a nonexclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant the Company and any of its sublicensees the right to use the name that you submit in connection with such content, if they choose. You represent and warrant that you own or otherwise control all of the rights to the content that you post; that the content is accurate; that use of the content you supply does not violate these Terms and Conditions and will not cause injury to any person or entity; and that you will indemnify the Company or its affiliates for all claims resulting from content you supply.

**Copyright infringement – DMCA notice**

The Digital Millennium Copyright Act of 1998 (the "DMCA") provides recourse for copyright owners who believe that material appearing on the Internet infringes their rights under US copyright law. If you believe in good faith that content or material on this website infringes a copyright owned by you, you (or your agent) may send the Company a notice requesting that the material be removed, or access to it blocked. This request should be sent to: DMCARegisteredAgent2@optum.com; or, alternatively to: UnitedHealth Group, Attn: DMCA Registered Agent, 9900 Bren Road East, Minnetonka, MN 55343.

The notice must include the following information: (a) a physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed; (b) identification of the copyrighted work claimed to have been infringed; (c) identification of the material that is claimed to be infringing or the subject of infringing activity; (d) the name, address, telephone number, and email address of the complaining party; (e) a statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent or the law; and (f) a statement that the information in the notification is accurate and, under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed If you believe in good faith that a notice of copyright infringement has been wrongly filed against you, the DMCA permits you to send us a counter-notice. Notices and counter-notices must meet the then-current statutory requirements imposed by the DMCA. Notices and counter-notices with respect to the website should be sent to the address above.

| Information | Help | Useful Links | | |
|---|---|---|---|---|
| About Us | Contact Us | Site Map |  | |
| Privacy | General FAQ's | Product Listing | | Follow @optum360coding |
| Terms of Use | Online Coding FAQ's | Product Updates | | |

© Copyright 2018 Optum360