

CPT is a registered trademark of the American Medical Association. CPT codes and descriptors are copyright 2017 the American Medical Association. All rights reserved. Applicable FARS/DFARS apply. This book is published under a license agreement with the American Medical Association.

ISBN:   978-1-946868-00-8 (print)
        978-1-946868-01-5 (e-book)

**Practice Management Information Corporation (PMIC)**
4727 Wilshire Boulevard
Los Angeles, California 90010
http://www.pmiconline.com

Printed in the United States of America

Copyright 2018 under the Uniform Copyright Convention. All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic mechanical, photocopying, recording, or otherwise, without written permission from the publisher.

# FOREWORD

Fee strategies are becoming more and more important as the very structure of health care delivery changes. It is absolutely critical to the success of your medical practice for you to carefully review, analyze and adjust your fees frequently. This comprehensive publication is designed to help you accomplish this formidable task accurately, quickly, and easily.

***Medical Fees 2018***, our 24th annual edition, is a listing of medical procedure codes, descriptions, UCR fees at the 50th, 75th and 90th percentiles, Medicare fees and Medicare relative value units. The UCR fees listed in this publication are derived from an analysis of over 600 million actual charges. The CPT codes and descriptions are from the official CPT 2018 as published by the American Medical Association. The Medicare fees and RVUS are taken from the Medicare Physician Fee Schedule for Calendar Year 2018 as published in the *Federal Register*.

As I have written in numerous publications over the past 30 years, for every single physician that anyone can find who may be "over-charging" for medical services and procedures, I can find nine who are not charging enough. *Medical Fees 2018* provides complete, accurate, and statistically valid information regarding usual, customary and reasonable (UCR) as well as Medicare fees and provides an excellent resource for reviewing, adjusting and setting fees.

James B. Davis
Publisher & Editor

# DISCLAIMER

This publication is designed to offer basic information regarding medical fees and fee schedule management. The information presented is based upon extensive analysis of various fee databases and the experience and interpretations of the authors. Though all of the information has been carefully researched and checked for accuracy and completeness, neither the authors nor the publisher accepts any responsibility or liability with regard to errors, omissions, misuse or misinterpretation.

# CONTRIBUTORS

*Medical Fees 2018* is the result of a publishing collaboration between ContexT4 Healthcare Inc. and Practice Management Information Corporation.

## Context4 Healthcare Inc.

Context4 Healthcare Inc. is a leading developer of reimbursement products for the health care industry. Perhaps best known for its CodeLink, Claims Editor and ICD-9-CM software programs, the firm also markets numerous fee, coding and regulatory database products. Context4 Healthcare Inc. products are used by thousands of health care organizations, from solo physician practices to Fortune 500 companies.

Context4 Healthcare Inc. usual, customary and reasonable (UCR) databases were developed over several years by a team of fee experts and mathematicians and were constructed using hundreds of millions of actual submitted charges evenly distributed throughout the United States. To ensure accuracy, charge data was obtained from a variety of sources including third-party payers, clearinghouses, practice management system vendors, billing services, universities, medical practices, hospitals and the Centers for Medicare and Medicaid Services (CMS). In addition to these sources, a database of more than 600 million submitted charges was utilized for reference.

## Practice Management Information Corporation (PMIC)

PMIC is the nation's leading independent publisher and distributor of coding, payment and practice management books and software. The company is known for its innovative, high quality products and excellent customer service. Over 100,000 physicians, hospitals, insurance carriers, and other health care professionals regularly choose PMIC for their coding and compliance resources.

PMIC specializes in creating "tools for the business of medicine" by reviewing the work methods, work spaces, and content needs of its customers and then adapting its products to those needs. To create this publication, PMIC takes raw CPT/UCR data from Context4 Healthcare Inc., adds comprehensive introductory materials, full CPT descriptions, and then applies proprietary formulas to estimate fees for new medical services and procedures.

## James B. Davis, Editor

*Medical Fees* has been edited since its inception by James B. Davis, founder and President of Practice Management Information Corporation (PMIC). Mr. Davis has worked with health care professionals for over 40 years and is a nationally known expert in the areas of medical coding, compliance and practice management. Prior to founding PMIC he was an executive with Cedars-Sinai Medical Center and later founded Professional Data Systems (PDS) where he was responsible for processing over $1 billion in medical claims. He is the author or editor of over 250 books on the subjects of medical coding, billing, reimbursement and practice management and has given seminars to hundreds of health care professionals nationwide.