# CURRICULUM VITAE

## CHARLENE CANADA
## M.R.C., C.R.C., C.L.C.P.

**Located in Casper, WY**

Certified Life Care Planner
Certified Rehabilitation Counselor
Certified Case Manager

## AFFILIATIONS

- Member – Rotary International
- Member – American Brain Injury Association, since 2003
- President – Wyoming Women's Network
- Foundation Board Director – Meals on Wheels
- Member – American Association of Nurse Life Care Planners
- Member – Commission for Certification of Rehabilitation Counselors
- Member – International Association of Rehabilitation Professionals

## EXPERIENCE

**Nationwide Testifying Expert / Certified Life Care Planner / Certified Rehabilitation Counselor**
**Elevate Services, Inc.**
Los Angeles, CA                                                                                                    4/2019-Present

Utilize comprehensive assessment, data analysis and research to develop concise cost projections, life care plans and life care plan rebuttals. Provide assessment of current and future needs with associated cost for individuals who experience life-changing effects of catastrophic injury or have chronic health care needs.

**Life Care Planner and Certified Rehabilitation Counselor**
**Empower Rehabilitation and Case Management, LLC**
Aurora, CO and Casper, WY                                                                                      2007-Present

Life Care Planning, Damage Assessments, Rehabilitation Counseling, Expert Witness Testimony and Case Management for persons with catastrophic injuries/illnesses and survivors of wrongful death: Providing vocational rehabilitation, job coaching, life skills training, and counseling. Involvement in trial testimony and depositions for plaintiff and defense attorneys as well as direct client contact and counseling.

**Clinical Manager**
**Learning Services Corporation – Neurobehavioral Institute**
Lakewood, CO                                                                                                         2008-2011

Director/Supervisor of large clinical team in a brain injury residential rehabilitation setting: Provided leadership to a clinical team of physicians, nurses, therapists, counselors, life-skills trainers, and treatment providers. Acted as a liaison to other organizations, funders, and families. Responsible for financial negotiations, regulatory compliance, advocacy, and outcomes.

**Rehabilitation Counselor, Life Care Planner and Case Manager**
**ReEntry Rehabilitation Services, Inc.**
Lakewood, CO                                                                                                         2003-2007

Life Care Planning and Case Management for individuals with severe or catastrophic injuries or illnesses, or psychiatric

Mailing Address:
1711 W. Greentree Drive, Suite 108
Tempe, AZ 85284



p: 213.347.0203
f: 213.347.0209
www.elevateservices.com

**Canada (Elevate) - Rule 26 Materials 1**

# CURRICULUM VITAE

## CHARLENE CANADA
### M.R.C., C.R.C., C.L.C.P.

disorders: Conducted labor market surveys, cost assessments, and planned with attorneys, families, medical providers, caseworkers, teachers, physicians, and therapists to develop appropriate long-term programming and goals for catastrophically impaired children and adults.

**Child Treatment Counselor**
**Families First of Colorado**
Aurora, CO                                                                                                                2002-2004

Non-Profit Pediatric Residential Counseling and Case Management for children with psychological and emotional trauma, and disabilities: Implemented proactive curriculum with psycho-social emphasis. Provided reports for future assessments and treatment plans.

**Case Manager/Advocate**
**Laramie Youth Crisis Center/Extended Families Program**
Laramie, WY                                                                                                             1998-2001

Crisis Intervention, Case Management, and Life Skills Training: Established appropriate treatment plans for individuals with mental and physical disabilities. Provided counseling and services coordination for at-risk individuals.

## EDUCATIONAL BACKGROUND

Post Graduate:
Rehabilitation Counselor Certification, 2010

Life Care Planning Certification (CLCP)
FIG Services, LLC | 2018

Graduate:
Texas Tech University – Health Sciences Center
Masters of Rehabilitation Counseling | 2009

Undergraduate:
University of Wyoming
Bachelor of Science, Social Sciences/Psychology | 1998

## CREDENTIALS

**Certified Rehabilitation Counselor (C.R.C.)**
   Commission for Rehabilitation Counselor Certification – 2010

**Certified Life Care Planner (C.L.C.P.)**
   International Commission on Health Care Certification – 2018

**Certified Case Manager (C.C.M.)**
   Commission on Case Manager Certification – 2020

Mailing Address:
1711 W. Greentree Drive, Suite 108
Tempe, AZ 85284



p: 213.347.0203
f: 213.347.0209
www.elevateservices.com

Charlene Canada, MRC, CRC, CLCP
Expert Testimony List

| Date | Case Name | Court & Case Number | Plaintiff / Defense | Testimony |
|---|---|---|---|---|
| 03/23/10 | Blaise Clay and Irene Clay v. Community Corrections, Inc., Bradley Hamilton, individually and Catherine Hamilton, individually | District Court, County of La Plata, Case No.: 08 CV 186 | Plaintff | Deposition |
| 07/26/10 | Electric Mountain Lodge | District Court, Mesa County, Colorado, Case No.: 06 CV 100209 | Plaintff | Deposition |
| 12/06/10 | Araphoe County v. Kristle Lynn Fetzer | District Court, Araphoe County, Colorado, Case No.: 10 CR 1378 | Defendant | Trial |
| 03/25/11 | Araphoe County v. Kristle Lynn Fetzer | District Court, Araphoe County, Colorado, Case No.: 10 CR 1378 | Defendant | Trial |
| 01/28/15 | Orlando Kamaj v. Khan Enterprises Inc., Arvin Perdido & Fernando | District of Johnson County, Wyoming, Case No.: CV-2013-0083 | Plaintff | Deposition |
| 05/09/15 | John Messling and Dawn Messling v. Wyoming Rents, LLC | District Court Seventh Judicial District, Natrona County, Wyoming Case No.: | Plaintff | Deposition |
| 05/10/16 | Isaias D. Zepeda v. Powder River Transportation Services, Inc. | District Court Sixth Judicial District, Campbell County, Wyoming Case No.: 35542 | Plaintff | Deposition |
| 06/22/18 | Brock Babbitt v. Anadarko E & P Onshore | Wyoming District Court, Case No.: 2:2016cv00003 | Plaintff | Deposition |
| 08/21/18 | Scott Cook v. Precision Well Service | District Court Sixth Judicial District, Campbell County, Wyoming Case No.: 37094 | Plaintff | Deposition |
| 04/22/19 | Susan Vickerman v. Kyle Edwards and Caterpillar Inc. | District Sixth Judicial District, Campbell County, Wyoming Case No.: 37050 | Plaintff | Deposition |
| 08/14/19 | Jose Ramirez v. Elvin Brown, Bill Wartenbee and Bryce Mitchell | District Court, Seventh Judicial District, Case No.: 104142 | Plaintff | Deposition |
| 09/30/19 | Theresa Espinoza and Patrick Colon v. John Christner Trucking, LLC, et al. | In the District Court of Bexar County, 438th Judicial District, Cause No. | Defendant | Deposition |
| 01/17/20 | Wesley Dale Vincent v. Ava Nelson | United States District Court for the District of Wyoming, Civil Action No.: 16-CV-270- | Plaintff | Trial |
| 09/11/20 | Will Ewing v. McLane Company, Inc. | Judicial Workplace Arbitration, JWA no. 30189-A 2019 | Defendant | Deposition |
| 11/20/20 | Edward Marc Lederer v. U.S. Xpress, U.S. XpressLeasing Inc., and Christopher William Wahnee | Wahnee County Court at Law No. 3 Dallas, TX | Defendant | Deposition |
| 12/18/20 | lexander Burditt v. Knight Transportation, Richard Rowen, Rolesa Transport, Eduardo Alvarado | 381st Judicial District Court of Starr County, Texas | Defendant | Deposition |
| 12/22/20 | Clay Seguin v. Jason Brooks, USAA, Progressive, RPM, et al. | 19th Judicial District Court, East Baton Rouge Parish, LA #673-570 E(23) | Defendant | Deposition |

**Canada (Elevate) - Rule 26 Materials 3**

## FEE SCHEDULE

### Charlene Canada, M.R.C., C.R.C., C.L.C.P.

### Located in Casper, WY

| | |
|---|---|
| Expert Designation | $1,300.00 paid upon designation, earned when paid, applied to Review<br>*paid to Elevate Services, Inc.*<br>*Tax ID: 45-4407236* |
| Life Care Plan Development and Review | $250.00 per hour<br>*paid to Elevate Services, Inc.*<br>*Tax ID: 45-4407236* |
| Editing | $66.00 per hour<br>*paid to Elevate Services, Inc.*<br>*Tax ID: 45-4407236* |
| Deposition Testimony | $400.00 per hour or fraction thereof<br>Paid in advance, earned when paid, plus preparation time<br>*paid to Charlene Canada*<br>*Tax ID: 82-4076766* |
| Court Testimony | $1,600.00 Half Day<br>$3,200.00 Full Day<br>Paid in advance, earned when paid, plus preparation time<br>*paid to Charlene Canada*<br>*Tax ID: 82-4076766* |
| Stand-by Trial Testimony[1]<br>*Testimony cancellation rates apply for both deposition and trial | $400.00 per hour (half or full day at hourly rate)<br>*paid to Charlene Canada*<br>*Tax ID: 82-4076766* |
| Travel Expenses[2] | In the event travel is needed, expenses will be reimbursed by client. Travel time will be billed at $88.00 per hour<br>*paid to Elevate Services, Inc.*<br>*Tax ID: 45-4407236* |
| Out-of-area Travel Expenses | Out-of-area travel expenses such as hotel, rental car, air-fare, government rate meal stipend for days involving travel overnight are billed at cost.<br>*paid to Elevate Services, Inc.*<br>*Tax ID: 45-4407236* |
| Miscellaneous expenses: | Billed at cost.  (Includes phone calls, shipping fees, etc.) |

---

[1] Reservation of half day: rates billed at hourly rate with 4-hour minimum; reservation of full day: rates billed at hourly rate with 8-hour minimum. (Cancellation billed in 2-hour increments)

[2] Time calculated portal-to-portal minus deposition and professional time carve-outs and sleep time reductions (if overnight travel required). Excludes .565 per mile for ground travel.

Mailing Address:
1711 W. Greentree Drive, Suite 108
Tempe, AZ 85284
www.elevateservices.com



p: 213.347.0203
f: 213.347.0209
Effective January 2021

